In the Matter of ARTHUR NURSE, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent.— Appeal from an order in an article 78 proceeding which, in effect, sustains respondent's determination that accommodations in appellant's building are not rooming house accommodations and fixes the maximum rents therefor pursuant to subdivision (c) of section 36 of the State Rent and Eviction Regulations. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

■

In the Matter of JOHN G. RENKOWSKI, Appellant, against JAMES J. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding pursuant to article 78 of the Civil Practice Act to review respondent's determination which revoked petitioner's license to operate a motor vehicle. Order denying the application and dismissing the petition unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.